JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> MTC FINANCIAL INC., dba TRUSTEE CORPS, and INDYMAC BANK FSB and DOE 1, and DOES 2-50, inclusive, <br><br> Defendants. | Case No. EDCV 08-1828-VAP (RZx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>January 14, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge